# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Michael Sura, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| National Oilwell Varco, L.P., Burlington Resources Oil & Gas Company, LP, and Conoco Phillips Company, | ) ) ) | |
| | ) | Case No. 1:15-cv-127 |
| Defendants. | ) | |

Before the court is a motion for attorney Christopher L. Evans to appear *pro hac vice* on behalf of Defendants Burlington Resources Oil & Gas Company, LP and Conoco Phillips Company.

In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Christopher L. Evans has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 18) is **GRANTED**. Attorney Christopher L. Evans is admitted to practice before this court in the above-entitled action on behalf of Defendants Burlington Resources Oil & Gas Company, LP and Conoco Phillips Company.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2015.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr.
                                                         United States Magistrate Judge