# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Sura, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| National Oilwell Varco, L.P., Burlington Resources Oil & Gas Company, LP, & ConocoPhillips Company, | ) Case No. 1:15-cv-127 |
| Defendants. | ) |

On March 21, 2016, Defendant National Oilwell Varco, L.P. filed a "Notice of Substitution of Counsel." Accordingly, attorneys Daniel Traynor, Stephen Fetch, and Christopher Evans shall be substituted as counsel of record for Defendant National Oilwell Varco, L.P. Attorney Lyle Kirmis is **GRANTED** leave to withdraw.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court