# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Sura, | ) |
|     Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| National Oilwell Varco, L.P., Burlington Resources Oil & Gas Company LP, and ConocoPhillips Company, | ) |
| | ) Case No. 1-15-cv-127 |
|     Defendants. | ) |

Before the court is a motion for attorney John W. Edwards to appear *pro hac vice* on behalf of Michael Sura. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John W. Edwards has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Edwards has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 54) is **GRANTED**. Attorney Edwards is admitted to practice before this court in the above-entitled action on behalf of Michael Sura.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2016.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr.
                                                   United States Magistrate Judge