# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Sura, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> National Oilwell Varco, L.P., Burlington ) <br> Resources Oil & Gas Company, LP, and ) <br> Conoco Phillips Company, ) <br> ) <br>       Defendants. ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** <br><br><br><br> Case No. 1:15-cv-127 |

Before the court is a motion for attorney Daryl G. Dursum to appear *pro hac vice* on the Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Daryl G. Dursum has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 64) is **GRANTED**. Attorney Daryl G. Dursum is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2017.

                                                       */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr., Magistrate Judge
                                                     United States District Court